■ MARKET PROBE INTERNATIONAL, INC., Respondent, v CITRIN, COOPERMAN & COMPANY, LLP, Appellant. [825 NYS2d 912]— Appeal from order, Supreme Court, New York County (Marilyn Shafer, J.), entered March 17, 2006, unanimously discontinued in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Sullivan and McGuire, JJ.